UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL CURTIS WASHINGTON, JR.,)          CASE NO. CV 09-5078-DOC (PJW)
                               )
          Petitioner,          )
                               )          J U D G M E N T
          v.                   )
                               )
M.C. KRAMER,                   )
                               )
          Respondent.          )
_____)

     Pursuant to the Order Adopting Findings, Conclusions, and
Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is
dismissed with prejudice.

     DATED:    May 13, 2010.


                              David O. Carter
                              _____
                              DAVID O. CARTER
                              UNITED STATES DISTRICT JUDGE


C:\Temp\notesE1EF34\Washinton - Judgment.wpd